**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **POLOVENKO,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**DOES 1–10**<br><br>**Defendants.** | **1:26-cv-09400 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby reschedules the telephonic hearing from November 10, 2026, at 2 PM, to **November 10, 2026 at 1:30 PM.**

All parties shall appear at the date and time listed above and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#). Plaintiff is directed to serve this Order on the parties subject to the temporary restraining order as soon as practicable and no later than November 9, 2026, at 5 PM.

**SO ORDERED.**

**Dated:** November 6, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**